MINUTE ENTRY
VITTER, J.
NOVEMBER 3, 2025
JS10 – 3:27

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PAUL GALLAND** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 23-3392** |
| **HARVEY GULF INTERNATIONAL MARINE, LLC AND HARVEY ENERGY, LLC** | **SECTION: "D" (5)** |

JURY TRIAL
DAY 5

| | |
|---|---|
| CASE MANAGER: | Melissa Verdun/Lanie Bryant |
| COURT REPORTER: | Jodi Simcox/Alexis Vice |
| LAW CLERKS: | Monty Truett |
| | |
| APPEARANCES: | Aaron Broussard, Christopher Mann, Jerold Edward Knoll, Jr., and Laura Knoll, Counsel for Plaintiff. |
| | Adam Dinnell, Charles Cerise, Jr., Johnny Domiano, Jr., Leigh Ann Schell and Matthew Guy, Counsel for Defendants. |

Court begins at 8:49 a.m.
Case called.
All present and ready.
Out of the presence of the jury- Court asks counsel if there are any matters that need to be discussed before trial begins. Counsel advises the Court there are no preliminary matters that need to be discussed.
Court recesses at 8:51 a.m.
Court resumes at 9:08 a.m.
Jury comes in.
Plaintiff calls witness, Dr. Najeeb Thomas, Neurosurgeon-sworn and testified.
Plaintiff tenders witness, Dr. Najeeb Thomas, as an expert in the field of neurosurgery.
Plaintiff offers and introduces Exhibit 403. No objection by Defendant.
Court admits Exhibit 403 into evidence.
Court qualifies the witness as an expert in neurosurgery and instructs the jury.
Defendant cross-examines witness/expert Dr. Najeeb Thomas.
Plaintiff redirects.
Plaintiff rests.
Court recesses at 9:41 a.m.
Out of the presence of the jury- the defendant orally moves for a Rule 50 Motion for Judgment as a Matter of Law regarding plaintiff's unseaworthiness claim as stated on the record. Plaintiff argues the motion. The Court **DEFERS** ruling on defendant's oral Rule 50 Motion for Judgment as a Matter of Law until the matter has been submitted to the jury for reasons stated on the record.
Court resumes at 10:07 a.m.
Defendant calls witness, Dr. Timothy Allen, Psychiatrist- sworn and testified.

CV 23-3392 "D"
Page 2- Trial Minutes
November 3, 2025

Defendant tenders witness Dr. Timothy Allen as an expert in forensic psychiatry with a specialty in traumatic brain injuries and PTSD.
Court qualifies the witness as an expert in forensic psychiatry with a specialty in traumatic brain injuries and PTSD and instructs the jury.
Plaintiff cross-examines witness/expert, Dr. Timothy Allen.
Defendant redirects.
Defendant calls witness, Dr. Kenneth Boudreaux, Economist- sworn and testified.
Defendant tenders witness Dr. Kenneth Boudreaux as an expert in economics and forensic economic analysis.
Court qualifies the witness as an expert in economics and forensic economic analysis and instructs the jury.
Plaintiff cross-examines witness/expert, Dr. Kenneth Boudreaux.
Defendant redirects.
Court recesses at 11:28 a.m.
Court resumes at 11:33 a.m.
Jury comes in.
Court recesses for lunch at 11:35 a.m.
Court resumes at 1:36 p.m.
Defendant calls witness, Dr. Kevin Greve, Clinical Psychologist/Clinical Neuropsychology - sworn and testified.
Defendant tenders witness, Dr. Kevin Greve, as an expert in clinical psychology and clinical neuropsychology.
Court qualifies the witness as an expert in clinical psychology and clinical neuropsychology and instructs the jury.
Plaintiff cross-examines witness/expert, Dr Kevin Greve.
Defendant redirects.
Defendant calls witness, Ronnie Ducote, II Vocational Rehabilitation Counselor/Life Care Planner - sworn and testified.
Defendant tenders witness, Ronnie Ducote, II, as an expert in vocational rehabilitation.
Court qualifies the witness as an expert in vocational rehabilitation and instructs the jury.
Plaintiff cross-examines witness/expert, Ronnie Ducote, II.
Defendant redirects.
Defendant rests.
Jury instructed for overnight recess.
Trial will continue at 8:00 a.m. on Tuesday, November 4, 2025.
Out of the presence of the jury- defendant reurges its Rule 50 Motion for Judgment as a Matter of Law regarding plaintiff's unseaworthiness claim as stated on the record. Plaintiff adopts his previous argument. The Court **DEFERS** ruling on defendant's oral Rule 50 Motion for Judgment as a Matter of Law until the matter has been submitted to the jury for reasons stated on the record.
Court gives counsel 45 minutes on each side for closing arguments.
Court adjourned at 3:00 p.m.

WBV