UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PAUL GALLAND                                          CIVIL ACTION

VERSUS                                                NO. 23-3392

HARVEY GULF INTERNATIONAL                             SECTION: D (5)
MARINE, LLC, ET AL.

## JURY VERDICT FORM

1. Do you find, by a preponderance of the evidence, that Harvey Gulf International Marine, LLC was negligent and that such negligence was a cause of any of Paul Galland's injuries?

    YES: ✓          NO: ____

**PROCEED TO QUESTION NO. 2.**

2. Do you find, by a preponderance of the evidence, that the HARVEY ENERGY was unseaworthy and that such unseaworthiness was a proximate cause of any of Paul Galland's injuries?

    YES: ✓          NO: ____

**IF YOU ANSWERED "YES" TO EITHER QUESTION 1 OR QUESTION 2, OR TO BOTH QUESTION 1 AND QUESTION 2, PROCEED TO QUESTION 3.**

**IF YOU ANSWERED "NO" TO BOTH QUESTION 1 AND QUESTION 2, PROCEED TO QUESTION 6. DO NOT ANSWER QUESTIONS 3, 4, AND 5.**

3. Do you find, by a preponderance of the evidence, that Paul Galland was contributorily negligent and that such negligence was a cause of any of his injuries?

YES: ✓     NO: ___

**IF YOU ANSWERED "YES" TO QUESTION NO. 3, PROCEED TO QUESTION NO. 4.**

**IF YOU ANSWERED "NO" TO QUESTION NO. 3, SKIP QUESTION NO. 4 AND PROCEED TO QUESTION NO. 5.**

4. Express in terms of a percent, the degree of fault, if any, for each party that you find to have caused any of Paul Galland's injuries. Only assign fault to each of the parties if you answered "YES" to Question 1, Question 2, or Question 3. The total percentage of fault attributable to all parties must total 100%.

| | |
|---|---|
| Harvey Gulf (negligence) and/or vessel HARVEY ENERGY (unseaworthiness) | 95 % |
| Paul Galland (contributory negligence) | 5 % |
| **TOTAL:** | **100%** |

The sum of the percentages above must equal 100%.

**PROCEED TO QUESTION NO. 5.**

5. What sums of money, if paid now, would reasonably and fairly compensate Paul Galland for his damages from the injuries that he suffered as a result of the negligence of Harvey Gulf and/or the unseaworthiness of the HARVEY ENERGY? Do not make any reductions for any percentage of fault that you attributed to Mr. Galland.

   a) Past physical pain and suffering, emotional distress and mental anguish     $ 5 million

   b) Future physical pain and suffering, emotional distress and mental anguish     $ 3.6 million

   c) Past loss of wages and fringe benefits     $ 197,964

   d) Future loss of earning capacity and fringe benefits     $ 960,037

**PROCEED TO QUESTION NO. 6.**

6. Has Paul Galland reached "maximum medical improvement," also referred to as "maximum cure?"

                                            YES: ✓        NO: \_\_\_\_

**IF YOU ANSWERED "YES" TO QUESTION NO. 6, YOU HAVE FINISHED YOUR DELIBERATIONS. DO NOT ANSWER QUESTION NO. 7. HAVE THE JURY FOREPERSON SIGN AND DATE THE FORM AND INFORM THE COURT SECURITY OFFICER.**

**IF YOU ANSWERED "NO" TO QUESTION NO. 6, PROCEED TO QUESTION 7.**

7. On what date will Paul Galland reach "maximum medical improvement," also referred to as "maximum cure?"

                                            Date: _____

**YOU HAVE COMPLETED YOUR DELIBERATIONS. PLEASE HAVE THE JURY FOREPERSON SIGN AND DATE THE FORM WHERE INDICATED BELOW AND INFORM THE COURT SECURITY OFFICER.**

New Orleans, Louisiana

Date: _11/4/25_

Signature: ███████████

Print Foreperson Name ███████████